**So Ordered.**



Frederick P. Corbit
Bankruptcy Judge

**Dated: January 21st, 2014**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| In re: | DC Case No. 11-CV-363-RMP |
|---|---|
| LLS AMERICA, LLC, | Case No. 09-06194-FPC11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80296-FPC11 |
| Plaintiff(s), | REPORT AND RECOMMENDATION RE: JUDGMENT AGAINST DEFENDANTS CHRIS AND BEVERLY OLSEN |
| vs. | |
| 267406 BC, LTD., et al., | |
| Defendants. | |

Attached is the judgment proposed by the plaintiff. The judgment is consistent with the bankruptcy court's Order Granting Motion for Summary Judgment Against Defendants Chris and Beverly Olsen (ECF No. 621), which was entered on October 1, 2013 because the defendants Chris and Beverly Olsen failed to appear at the regularly scheduled status conference regarding the motion.

REPORT AND RECOMMENDATION RE: JUDGMENT ~ Page 1

Based on the October 1, 2013 order, the plaintiff filed and served a Second Amended Notice of Presentment and Time to Object (ECF No. 719) on January 3, 2014. The notice provided that the proposed judgment would be presented to the bankruptcy court ex-parte for its recommendation for entry by the District Court unless a response was received from defendants Chris and Beverly Olsen no later than January 17, 2014. Defendants Chris and Beverly Olsen did not file any response nor did they deliver a response to the plaintiff.

## **Recommendation**

The District Court should enter the attached judgment against defendants Chris and Beverly Olsen.

///END OF REPORT AND RECOMMENDATION///

Shelley N. Ripley, WSBA No. 28901
Michael J. Kapaun, WSBA No. 36864
WITHERSPOON • KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717

Attorneys to Bruce P. Kriegman, Chapter 11 Trustee

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC, *et al.*,<br><br>　　　　　　Debtor. | Case No. 11-CV-363-RMP<br><br>Bankruptcy No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>267406 BC, LTD., et al.,<br><br>　　　　　　Defendants. | Adversary No. 11-80296-PCW11<br><br>JUDGMENT |

## JUDGMENT SUMMARY

1. Judgment Creditor:　　　　　　Plaintiff Bruce P. Kriegman

2. Attorney(s) for Judgment Creditors:　Witherspoon Kelley

3. Judgment Debtors:　　　　　　Chris and Beverly Olsen

4. Attorney for Judgment Debtor(s):　None

5. Amount of Judgment:　　　　　$25,256.55

JUDGMENT - 1

{S0783947; 1 }

6. Amount of Interest Owed to
   Date of Judgment: $0.00

7. Interest Rate: 0.13% per annum

**JUDGMENT**

Based on the Order Granting Motion for Summary Judgment, judgment in this matter is entered as follows:

1. Plaintiff Bruce P. Kriegman is awarded judgment against Defendants Chris Olsen and Beverly Olsen, jointly and severally, in the amount of $25,256.55, plus post-judgment interest at the rate of 0.13 percent per annum.

Entered this ___ day of _____, 2014.

_____
HONORABLE ROSANNA PETERSON

Presented by:

WITHERSPOON • KELLEY

 /s/ Michael J. Kapaun
Michael J. Kapaun, WSBA No. 36864
Attorneys for Plaintiff

JUDGMENT - 2

{S0783947; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728